(8/2017)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON SALEM DIVISION**

| | |
|---|---|
| In re:<br>    GREGORY JOHN STOUT<br>    DONNA NORMAN STOUT<br>        Debtor(s)<br>SSN(1) XXX-XX-0597   SSN(2) XXX-XX-0704 | Case No. 14-51148<br>Judge Catharine R. Aron |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Kathryn L. Bringle, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on <u>10/17/2014</u>.

2) The plan was confirmed on <u>01/13/2015</u>.

3) The case was completed on <u>06/25/2018</u>.

4) Number of months from filing to last payment: <u>44</u>.

5) Number of months case was pending: <u>48</u>.

6) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $69,040.00 |
| Less amount refunded to debtor | $14,429.41 |

**NET RECEIPTS:** $54,610.59

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,300.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,617.49 |
| Other | $71.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $7,988.49

Attorney fees paid and disclosed by debtor:       $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFFILIATED MANGEMENT SERVICES | Unsecured | 108.00 | 108.00 | NA | 0.00 | 0.00 |
| ALERE TOXICOLOGY | Unsecured | 14.00 | 14.00 | NA | 0.00 | 0.00 |
| AMSOL PHYSICIANS OF ELKIN | Unsecured | 262.02 | 262.02 | NA | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 12.00 | 12.00 | 12.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 12.00 | 12.00 | 12.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 14.00 | 14.00 | 14.00 | 0.00 |
| BRANCH BANKING & TRUST COMPA | Secured | 17,509.07 | 17,109.07 | 0.00 | 3,655.80 | 0.00 |
| BRANCH BANKING & TRUST COMPA | Secured | NA | 4,478.32 | 538.93 | 538.93 | 0.00 |
| CAPITAL BANK | Unsecured | 800.00 | 800.00 | NA | 0.00 | 0.00 |
| CAR CARE AUTO SALES INC | Secured | 8,000.00 | 6,636.08 | 6,154.70 | 6,154.70 | 778.13 |
| CELLIGENT DIAGNOSTICS | Unsecured | 36.47 | 36.47 | NA | 0.00 | 0.00 |
| CLEARSPRING LOAN SERVICES INC. | Unsecured | 6,476.62 | 6,476.62 | NA | 0.00 | 0.00 |
| CORNERSTONE HEALTH CARE | Unsecured | 133.83 | 133.83 | NA | 0.00 | 0.00 |
| DIANON SYSTEMS | Unsecured | 134.00 | 134.00 | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 301.80 | 301.80 | NA | 0.00 | 0.00 |
| FEDERAL NATIONAL MORTGAGE AS | Secured | NA | 5,481.21 | 659.62 | 659.62 | 0.00 |
| FEDERAL NATIONAL MORTGAGE AS | Secured | 76,547.86 | 78,903.80 | 0.00 | 16,344.80 | 0.00 |
| FORSYTH EMERGENCY SERVICES | Unsecured | 154.00 | 154.00 | NA | 0.00 | 0.00 |
| HUGH CHATHAM MEMORIAL HOSPI | Unsecured | 5,059.57 | 13,560.23 | 2,613.29 | 2,613.29 | 0.00 |
| KROSS LIEBERMAN & STONE | Unsecured | 255.91 | 255.91 | 255.91 | 255.91 | 0.00 |
| LABCORP (LABORATORY CORPORA | Unsecured | 150.00 | 150.00 | NA | 0.00 | 0.00 |
| LOWES | Unsecured | 52.90 | 52.90 | NA | 0.00 | 0.00 |
| NORTH CAROLINA BAPTIST HOSPIT | Unsecured | 1,367.60 | 1,367.60 | NA | 0.00 | 0.00 |
| NORTHWEST EAR, NOSE, THROAT | Unsecured | 373.29 | 373.29 | NA | 0.00 | 0.00 |
| NOVANT HEALTH | Unsecured | 250.00 | 769.79 | 769.79 | 769.79 | 0.00 |
| OPTIMUM OUTCOMES | Unsecured | 16.00 | 16.00 | NA | 0.00 | 0.00 |
| PIEDMONT IMAGING | Unsecured | 100.00 | 100.00 | NA | 0.00 | 0.00 |
| PIEDMONT TRIAD ANESTHESIA | Unsecured | 0.00 | 763.51 | 763.51 | 763.51 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 52.00 | 52.00 | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 4,073.00 | 4,464.56 | 4,464.56 | 4,464.56 | 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PREFERRED PAIN MANAGMENT | Unsecured | 132.26 | 132.26 | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 132.26 | 132.26 | NA | 0.00 | 0.00 |
| REGISTER OF DEEDS | Priority | NA | 26.00 | 52.00 | 52.00 | 0.00 |
| REVIVIAL PAIN MANAGEMENT | Unsecured | 1,079.60 | 1,079.60 | NA | 0.00 | 0.00 |
| ROBERT G. PETERSON MD | Unsecured | 221.94 | 221.94 | NA | 0.00 | 0.00 |
| STERN AND ASSOCIATES, P.A. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WAKE FOREST HEALTH SCIENCES | Unsecured | NA | 127.50 | 127.50 | 127.50 | 0.00 |
| WEST FORSYTH FAMILY | Unsecured | 189.00 | 189.00 | NA | 0.00 | 0.00 |
| WINSTON NEUROLOGY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD OMNI FINANCIAL CORP | Unsecured | 0.00 | 9,278.85 | 0.00 | 0.00 | 0.00 |
| WORLD OMNI FINANCIAL CORP | Unsecured | NA | 9,278.85 | 9,278.85 | 9,278.85 | 0.00 |
| YADKIN COUNTY TAX COLLECTOR | Priority | NA | 126.71 | 12.19 | 12.19 | 0.00 |
| YADKIN COUNTY TAX COLLECTOR | Unsecured | NA | 114.52 | 114.52 | 114.52 | 0.00 |
| YADKIN MEDICAL ASSOCIATES | Unsecured | 50.00 | 50.00 | NA | 0.00 | 0.00 |
| YADKIN RIVER RADIOLOGY PA | Unsecured | 646.00 | 646.00 | NA | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $20,000.60 | $0.00 |
| Mortgage Arrearage | $1,198.55 | $1,198.55 | $0.00 |
| Debt Secured by Vehicle | $6,154.70 | $6,154.70 | $778.13 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,353.25** | **$27,353.85** | **$778.13** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $64.19 | $64.19 | $0.00 |
| **TOTAL PRIORITY:** | **$64.19** | **$64.19** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$18,425.93** | **$18,425.93** | **$0.00** |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $7,988.49 |
| Disbursements to Creditors | $46,622.10 |
| **TOTAL DISBURSEMENTS :** | **$54,610.59** |

      7)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/17/2018          By:/s/ Kathryn L. Bringle
                                              Trustee

xc  GREGORY JOHN STOUT
    DONNA NORMAN STOUT
    U.S. BANKRUPTCY ADMIN
    JOHN T ORCUTT
    6616-203 SIX FORKS ROAD
    RALEIGH,  NC  27615

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.