UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

RE:
GREGORY JOHN STOUT                                                          CASE NO. 14-51148 C-13W
DONNA NORMAN STOUT                                                        JUDGE CATHARINE R. ARON
P O BOX 253
EAST BEND, NC  27018
         Debtors

SSN(1) XXX-XX-0597            SSN(2) XXX-XX-0704            DATE:  10/17/2018

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT

The above named Debtor(s) filed a petition commencing a case under Chapter 13 of the Bankruptcy Code on October 17, 2014.  A plan was confirmed by the Court and the Debtor has completed all payments under the plan.  The Trustee has filed a Final Report showing the following in reference to your claim:

| Claim Number | Claim Filed / Not Filed | Account Number | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Clerk, U.S. Bankruptcy Court | | | | $0.00 |

A full copy of the Final Report is on file with the Clerk.  If you did not receive the amount paid from the Trustee, you may file a written objection to the Trustee's Final Report with the Clerk's Office.  If no objection is filed within thirty (30) days from the date of this Notice, the Final Report shall be approved.  If an objection is filed, a hearing may be scheduled.


ATTORNEY FOR THE DEBTOR(S):              TRUSTEE:
JOHN T ORCUTT                                          KATHRYN L. BRINGLE
6616-203 SIX FORKS ROAD                          P O BOX 2115
RALEIGH, NC  27615                                    WINSTON-SALEM, NC  27102-2115


ADDRESSEE:                                                DATED: October 17, 2018
REID WILCOX                                              FOR THE COURT:
CLERK, U.S. BANKRUPTCY COURT           REID WILCOX
WINSTON-SALEM, NC  27101                     CLERK, U.S. BANKRUPTCY COURT
                                                                     WINSTON-SALEM, NC  27101

GREGORY JOHN STOUT                                                       Case No. 14-51148 C-13W
DONNA NORMAN STOUT

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
## CERTIFICATE OF SERVICE

I hereby certify that Notice of Filing of Trustee's Final Report was sent by first class mail to the below listed parties at the addresses supplied as follows:

| | |
|---|---|
| GREGORY JOHN STOUT<br>DONNA NORMAN STOUT<br>P O BOX 253<br>EAST BEND, NC  27018 | JOHN T ORCUTT<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 |
| AFFILIATED MANGEMENT SERVICES, INC.<br>5651 BROADMOOR<br>MISSION, KS  66202 | ALERE TOXICOLOGY<br>14440 MYERLAKE CIRCLE<br>CLEARWATER, FL  33760 |
| AMCA<br>2269 S. SAW MILL RIVER RD.<br>BUILDING 3<br>ELMSFORD, NY  10523 | AMSOL PHYSICIANS OF ELKIN<br>POST OFFICE BOX 88087<br>CHICAGO, IL  60680 |
| ASHLEY FUNDING SERVICES LLC<br>%RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | BANK OF AMERICA HOME LOANS<br>ATTN MANAGING AGENT<br>POST OFFICE BOX 5170<br>SIMI VALLEY, CA  93062-5170 |
| BB&T MORTGAGE<br>ATTN MANAGING AGENT<br>POST OFFICE BOX 2027<br>GREENVILLE, SC  29602 | BRANCH BANKING & TRUST COMPANY<br>BANKRUPTCY SECT 100-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894-1847 |
| CAPITAL BANK<br>POST OFFICE BOX 18949<br>RALEIGH, NC  27619-8949 | CAR CARE AUTO SALES INC<br>1027 N BRIDGE ST<br>ELKIN, NC  28621 |
| CAR CARE AUTO SALES<br>1027 N. BRIDGE STREET<br>ELKIN, NC  28621 | CELLIGENT DIAGNOSTICS<br>POST OFFICE BOX 32817<br>CHARLOTTE, NC  28232 |
| CLEARSPRING LOAN SERVICES INC.<br>POST OFFICE BOX 52238<br>IDAHO FALLS, ID  83405 | CORNERSTONE HEALTH CARE<br>PO BOX 63013<br>CHARLOTTE, NC  28263 |

GREGORY JOHN STOUT  Case No. 14-51148 C-13W
DONNA NORMAN STOUT

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
## CERTIFICATE OF SERVICE
## (CONTINUED)

DIANON SYSTEMS
A LABCORP COMPANY
1 FOREST PKWY
SHELTON, CT  06484-6147

DISH NETWORK
P O BOX 9033
LITTLETON, CO  80160

EQUIFAX INFORMATION SYSTEMS LLC
P.O. BOX 740241
ATLANTA, GA  30374-0241

ERSOLUTIONS INC
800 SW 39TH ST
P O BOX 9004
RENTON, WA  98057

EXPERIAN
P.O. BOX 2002
ALLEN, TX  75013-2002

FANNIE MAE
3900 WISCONSIN AVE, NW
WASHINGTON, DC  20016-2892

FEDERAL NATIONAL MORTGAGE ASSOC
(FANNIE MAE)
%SETERUS INC
P O BOX 1047
HARTFORD, CT  06143-1047

FORSYTH EMERGENCY SERVICES
3333 SILAS CREEK PARKWAY
WINSTON SALEM, NC  27103

HONORABLE ERIC HOLDER
U S DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC  20530-0001

HUGH CHATHAM MEMORIAL HOSPITAL
180 PARKWOOD DRIVE
ELKIN, NC  28621

IC SYSTEMS
P O BOX 64378
ST PAUL, MN  55164-0378

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA  19101-7346

INTERSTATE CREDIT COLLECTIONS
POST OFFICE BOX 3136
WINSTON SALEM, NC  27102-3136

JC MORGAN AND ASSOCIATES
POST OFFICE BOX 9307
SAINT LOUIS, MO  63117

KROSS LIEBERMAN & STONE
137 TRANS AIR DR
MORRISVILLE, NC  27560-7211

LABCORP (LABORATORY CORPORATION)
POST OFFICE BOX 2100
BURLINGTON, NC  27216-2100

GREGORY JOHN STOUT  Case No. 14-51148 C-13W
DONNA NORMAN STOUT

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
## CERTIFICATE OF SERVICE
## (CONTINUED)

LOWES
C/O GE MONEY BANK - BK DEPARTMENT
P O BOX 103104
ROSWELL, GA  30076

MEDICREDIT CORPORATION
P O BOX 411187
SAINT LOUIS, MO  63141-3187

NC DEPARTMENT OF JUSTICE
FOR NC DEPARTMENT OF REVENUE
POST OFFICE BOX 629
RALEIGH, NC  27602-0629

NORTH CAROLINA BAPTIST HOSPITAL
MEDICAL CENTER BOULEVARD
WINSTON SALEM, NC  27157

NORTH CAROLINA DEPT OF REVENUE
POST OFFICE BOX 1168
RALEIGH, NC  27602-1168

NORTH CAROLINA EMPLOYMENT
SECURITY
COMMISSION
POST OFFICE BOX 26504
RALEIGH, NC  27611

NORTHWEST EAR, NOSE, THROAT
250 JOHNSON RIDGE MEDICAL PARK
ELKIN, NC  28621

NOVANT HEALTH
RCS WHITEHALL
P O BOX 30143
CHARLOTTE, NC  28230-0143

NOVANT
PO BOX 602584
CHARLOTTE, NC  28260

OPTIMUM OUTCOMES
2651 WARRENVILLE ROAD
SUITE 5
DOWNERS GROVE, IL  60515-5544

PIEDMONT IMAGING
185 KIMEL PARK DRIVE
WINSTON SALEM, NC  27103

PIEDMONT TRIAD ANESTHESIA
145 KIMEL PARK DR STE 120
WINSTON SALEM, NC  27103

PORTFOLIO RECOVERY ASSOCIATES LLC
P O BOX 12914
NORFOLK, VA  23541

PRA RECEIVABLES MANAGEMENT LLC
AS AGENT OF PORTFOLIO RECOVERY
ASSOCIATES LLC/P O BOX 12914
NORFOLK, VA  23541

GREGORY JOHN STOUT                                              Case No. 14-51148 C-13W
DONNA NORMAN STOUT

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
## CERTIFICATE OF SERVICE
## (CONTINUED)

PRA RECEIVABLES MANAGEMENT LLC
AS AGENT OF PORTFOLIO RECOVERY
ASSOCIATES LLC/P O BOX 41067
NORFOLK, VA  23541

PREFERRED PAIN MANAGMENT
POST OFFICE BOX 24848
WINSTON SALEM, NC  27114

QUEST DIAGNOSTICS
P O BOX 3010
SOUTHEASTERN, PA  19398

REVIVIAL PAIN MANAGEMENT
POST OFFICE BOX 100
JACKSON, NJ  08527

RMB OF NORTH CAROLINA INC
409 BEARDEN PARK CIRCLE
KNOXVILLE, TN  37919

ROBERT G. PETERSON MD
680 PARKWOOD MEDICAL PARK
ELKIN, NC  28621

ROGERS TOWNSEND & THOMAS, PC
2550 WEST TYVOLA ROAD
SUITE 520
CHARLOTTE, NC  28217

SEAN M CORCORAN
ATTY FOR SETERUS INC SUBSERVICER
FEDERAL NATL MTG
BROCK & SCOTT PLLC
8757 RED OAK BLVD STE 150
CHARLOTTE, NC  28217

SPRINGLEAF FINANCIAL SERVICES
POST OFFICE BOX 3327
EVANSVILLE, IN  47732-3327

STERN AND ASSOCIATES, P.A.
415 NORTH EDGEWORTH STREET
SUITE 210
GREENSBORO, NC  27401

TEKCOLLECT
871 PARK STREET
COLUMBUS, OH  43215

TRANS UNION CORPORATION
P.O. BOX 2000
CRUM LYNNE, PA  19022-2000

US ATTORNEYS OFFICE
101 S EDGEWORTH STREET
4TH FLOOR
GREENSBORO, NC  27401-6024

WAKE FOREST HEALTH SCIENCES
P O BOX 344
WINSTON SALEM, NC  27103

WELTMAN WEINBERG & REIS CO LPA
ATTY FOR WORLD OMNI FINANCIAL CORP
323 W LAKESIDE AVE 2ND FL
CLEVELAND, OH  44113

GREGORY JOHN STOUT  Case No. 14-51148 C-13W
DONNA NORMAN STOUT

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
## CERTIFICATE OF SERVICE
## (CONTINUED)

| | |
|---|---|
| WEST FORSYTH FAMILY<br>105 STADIUM OAKS DRIVE<br>CLEMMONS, NC  27012 | WINSTON NEUROLOGY<br>1492 RYMCO DRIVE<br>WINSTON SALEM, NC  27103 |
| WORLD OMNI FINANCIAL CORP<br>P O BOX 991817<br>MOBILE, AL  36691-1817 | WORLD OMNI<br>ATTN: MANAGING AGENT<br>POST OFFICE BOX 991817<br>MOBILE, AL  36691-1817 |
| YADKIN COUNTY TAX COLLECTOR<br>P O BOX 1669<br>YADKINVILLE, NC  27055 | YADKIN COUNTY TAX DEPARTMENT<br>YADKIN COUNTY COURTHOUSE<br>P O BOX 1217<br>YADKINVILLE, NC  27055 |
| YADKIN MEDICAL ASSOCIATES<br>POST OFFICE BOX 30143<br>CHARLOTTE, NC  28230 | YADKIN RIVER RADIOLOGY PA<br>1365 WESTGATE CENTER DRIVE STE K-1<br>WINSTON SALEM, NC  27103-3106 |
| YADKIN VISION CENTER<br>POST OFFICE BOX 565<br>MORRISVILLE, NC  27560 | |

REID WILCOX (ELECTRONIC SERVICE)
Clerk, U.S. Bankruptcy Court
Winston-Salem, NC  27101


Date:   October 17, 2018                       /s/  Angela Engstrom
                                               Chapter 13 Office
                                               Middle District of North Carolina, North Carolina